UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In the Matter of the Application of )
)
HARTFORD FIRE INSURANCE COMPANY, )     **07 CIV 7977**
)
                        Petitioner, )
)
)   DISCLOSURE STATEMENT
)   **PURSUANT TO FED.R.CIV.P.7.1**
        -against-                   )
)
THE EVERGREEN ORGANIZATION, CHARLES )
A. CARONIA, GARY UPHOUSE, CHARLES   )
CARONIA, JR., and ANDREJS KRUTAINIS,)
)
                        Respondents.)
)
)
)
)
------------------------------------- x

RECEIVED SEP 1 1 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner, certifies the following information:

    1.  Petitioner Hartford Fire Insurance Company is a subsidiary of Hartford Financial Services Group, Inc., which is publicly held and is traded on the New York Stock Exchange.

    2.  There is no corporation that holds ten percent or more of the stock in Hartford Financial Services Group, Inc.

3.  Petitioner Hartford Fire Insurance Company is unaware of any related entities to Defendant The Evergreen Organization.

Dated: September 11, 2007

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LLP**

By: /s/
James B. Fitzgerald (JF–5594)
(A Member of the Firm)
Michele Jacobson (MJ–4297)
Seema Misra (SM–2094)
*Attorneys for Hartford Fire Insurance Company*
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400