AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ New York

## APPEARANCE

Case Number: 07-CV-7977

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Evergreen Organization Inc., Charles Caronia, Sr., Gary Uphouse, Charles Caronia, Jr., and Andrejs Krutainis.  Cross-Petitioner will move this Court to admit Philip M. Gilligan, Esq. pro hac vice.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/16/2007 | *Christoph T. Bradley* (713.4725) |
| Date | Signature |

Marshall, Conway, Wright & Bradley
Print Name / Bar Number

116 John Street
Address

| New York | New York | 10038 |
|---|---|---|
| City | State | Zip Code |

| (212) 619-4444 | (212) 962-2647 |
|---|---|
| Phone Number | Fax Number |