UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>                      Petitioner,<br>     - against -<br><br>THE EVERGREEN ORGANIZATION, INC.,<br>CHARLES CARONIA, SR., GARY UPHOUSE,<br>CHARLES CARONIA, JR., and ANDREJS<br>KRUTAINIS,<br><br>                      Respondents. | Civil Action No.07-CV-7977 (RJS) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of October, 2007, I caused a true and copy of the Cross-Petition of Respondents The Evergreen Organization, Inc. and Charles Caronia, Sr., Gary Uphouse, Charles Caronia, Jr., and Andrejs Krutainis for Judgment Confirming Arbitration Award and Opposition to Hartford's Petition for Judgment Confirming Arbitration Award, and all papers submitted in support of said Cross-Petition and Opposition to Petition, to be served via electronic filing upon the following opposing counsel:

James E. Fitzgerald, Esq.
Michele Jacobson, Esq.
Seema Misra, Esq.
Stroock & Stroock & Lavan LLP
Attorneys for Hartford Fire Insurance Co.
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400

Dated: October 17, 2007
       New York, New York

                                                        By: _____
                                                           Amanda H. Gold

                                               MARSHALL, CONWAY, WRIGHT & BRADLEY, P.C.
                                               116 John Street
                                               New York, New York 10038
                                               (212) 619-4444