**PROOF OF SERVICE**

1

2    STATE OF CALIFORNIA        )
                                )   ss
3    COUNTY OF LOS              )
     ANGELES

4

5        I am employed in the County of Los Angeles, State of California, over the age of eighteen
     years, and not a party to the within action. My business address is: 2029 Century Park East, Los
6    Angeles, CA 90067-3086.

7        On October 26, 2007, I served the foregoing document(s) described as:   **Hartford Fire
     Insurance Company's Petition For Judgment Confirming Arbitration Award; Civil
8    Cover Sheet; Notice of Petition; Declaration of Seema A. Misra On Procedural
     Background to Hartford Fire Insurance Company's Petition for Judgment Confirming
9    Arbitration Award; [Proposed] Judgment Confirming Arbitration Award; Disclosure
     Statement Pursuant to Fed.R.Civ.P.7.1; Notice of Reassignment** on the interested parties in
10   this action as follows:

11                                 Christopher T. Bradley, Esq.
                                   Michael Gollub, Esq.
12                                 Marshall Conway & Wright, P.C.
                                   116 John Street, 4th Floor
13                                 New York, NY 10038

14
     ☐    **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to
15        be delivered to the person(s) at the address(es) set forth above.

16   ☐    **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing
          practices of this office, with which I am readily familiar, by means of which mail is
17        deposited with the United States Postal Service at Los Angeles, California that same
          day in the ordinary course of business, I deposited such sealed envelope, with postage
18        thereon fully prepaid, for collection and mailing on this same date following ordinary
          business practices, addressed as set forth above.

19
     ☐    **(VIA FACSIMILE)** By causing such document to be delivered to the office of the
20        addressee via facsimile.

21   ☒    **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed
          envelope, to be delivered to the office of the addressee(s) at the address(es) set forth
22        above by overnight delivery via Federal Express, or by a similar overnight delivery
          service.

23

24       I declare that I am employed in the office of a member of the bar of this court, at whose
     direction the service was made.

25       I declare under penalty of perjury under the laws of the State of California that the above is
26   true and correct.

27       Executed on October 26, 2007, at Los Angeles, California.

28   _____Kathi Tiedeman_____            _____Kathi L Tie____
         [Type or Print Name]                  [Signature]