UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

HARTFORD FIRE INSURANCE COMPANY,　　　Civil Action No.07-CV-7977 (RJS)

　　　　　　　　　Petitioner,
- against -

THE EVERGREEN ORGANIZATION, INC.,
CHARLES CARONIA, SR., GARY UPHOUSE,
CHARLES CARONIA, JR., and ANDREJS
KRUTAINIS,

　　　　　　　　　Respondents.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of November, 2007, I served Via Electronically a true copy of Respondent's Reply Memorandum of Law in Further Support of Cross-Petition for Judgment Confirming Arbitration Award and also by Personal Service.

James E. Fitzgerald, Esq.
Michele Jacobson, Esq.
Seema Misra, Esq.
Stroock & Stroock & Lavan LLP
Attorneys for Hartford Fire Insurance Co.
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400

Dated: November 12, 2007
　　　　New York, New York

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Michael S. Gollub

MARSHALL, CONWAY, WRIGHT & BRADLEY, P.C.
116 John Street
New York, New York 10038
(212) 619-4444