UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

HARTFORD FIRE INSURANCE COMPANY,

                      Petitioner,

   - against -

THE EVERGREEN ORGANIZATION, INC.,
CHARLES CARONIA, SR., GARY UPHOUSE,
CHARLES CARONIA, JR., and ANDREJS
KRUTAINIS,

                      Respondents.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

Civil Action No.07-CV-7977 (RJS)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Christopher T. Bradley, attorney for Respondents the Evergreen Organization, Inc., Charles Caronia, Sr., Gary Uphouse, Charles Caronia, Jr., and Andrejs Krutainis and said sponsor's affidavit in support;

IT IS HEREBY ORDERED THAT

    Philip M. Gilligan
    Gilligan and Peppelman, LLP
    606 East Baltimore Pike
    Media, Pennsylvania 19063
    (610) 566-7777
    (610) 566-0808 (fax)
    pgillig@yahoo.com

is admitted to practice counsel *pro hac vice* as counsel for Respondents the Evergreen Organization, Inc., Charles Caronia, Sr., Gary Uphouse, Charles Caronia, Jr., and Andrejs Krutainis in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing password. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: Nov. 20, 2007
New York, New York

                                              United States District/Magistrate Judge