UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARTFORD FIRE INSURANCE CO.,

    Petitioner,

-v-

THE EVERGREEN ORGANIZATION INC.,

    Respondent-Cross-Petitioner.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

No. 07 Civ. 7977 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

On November 15, 2007, Petitioner filed a "Memorandum of Law in Reply to Respondent's Opposition to Hartford's Petition for Judgment Confirming Arbitration Award." This filing is a surreply. Under this Court's Individual Practices Rule 2.B, parties are required to seek authorization prior to filing a surreply. The filing is therefore REJECTED without prejudice to renewal for failure to comply with the Court's rules. Accordingly, the Court hereby ORDERS the clerk of the court to strike the filing, document number 19, from the docket.

SO ORDERED.

Dated:    November 26, 2007
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE