UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

HARTFORD FIRE INSURANCE
COMPANY,

                          Petitioner,

        -v-

THE EVERGREEN ORGANIZATION,
INC. ET AL,

                          Respondents.

Case No.
07-cv-7977 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been reassigned to my docket. Accordingly,

the parties are hereby ORDERED to appear for a status conference on **April 14, 2008 at**

**noon** in Courtroom **21C** of the United States District Court for the Southern District of New

York, 500 Pearl Street, NYC to discuss recent developments in the case, if any, including

settlement discussions and to schedule argument on the pending motions .

                    SO ORDERED.

DATED:
New York, New York
April 4     , 2008

                    RICHARD J. SULLIVAN
                    UNITED STATES DISTRICT JUDGE