UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

HARTFORD FIRE INSURANCE COMPANY,

                       Petitioner,

-against-

THE EVERGREEN ORGANIZATION, INC.,
CHARLES A. CARONIA, GARY UPHOUSE,
CHARLES CARONIA, JR., AND ANDREJS
KRUTAINIS,

            Respondents-Cross-Petitioners.

No: 07 Civ. 7977 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of letters from both the respondent and the petitioner, dated, respectively, May 13, 2008, and May 14, 2008. The Court is also in receipt of a letter from the respondent, submitting for entry by this Court the Arbitration Panel's "Clarification of Interim Final Order," dated May 14, 2008.

    The parties are hereby ORDERED to submit a joint letter, including their positions on the Arbitration Panel's Order and any motions they wish to file, no later than May 23, 2008. A status conference will be held before this Court in Courtroom 21C on MAY 29, 2008 @ 10:30 AM.

SO ORDERED.

Dated:    May 16 2008
                New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE