



# STROOCK

May 22, 2008

By Hand

James E. Fitzgerald, Esq.
Direct Dial 310-556-5831
Fax 310-556-5959
jfitzgerald@stroock.com

Ms. Eileen Levine, Case Manager
Courtroom 21C
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Hartford Fire Insurance Company v. The Evergreen Organization, Inc., et al.,*
Case No.: 07-cv-7977 (RJS)

Dear Ms. Levine:

We represent Petitioner Hartford Fire Insurance Company in the above-reference matter. This letter confirms that, by agreement of the Court and counsel for all parties, the May 29, 2008 Status Conference in this matter will be continued to **June 3, 2008, at 2:30 p.m.**

Thank you for your assistance.

Sincerely,

James E. Fitzgerald

SO ORDERED
Dated: 5/23/08
RICHARD J. SULLIVAN
U.S.D.J.

cc: Seema A. Misra, Esq.
Philip M. Gilligan, Esq. (By Facsimile)
Christopher T. Bradley, Esq. (By Facsimile)

LA 51054103v1

STROOCK & STROOCK & LAVAN LLP · LOS ANGELES · NEW YORK · MIAMI
2029 CENTURY PARK EAST, LOS ANGELES, CA 90067-3086 TEL 310.556.5800 FAX 310.556.5959 WWW.STROOCK.COM