---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

HARTFORD FIRE INSURANCE COMPANY,

               Petitioner,

-against-

THE EVERGREEN ORGANIZATION, INC., CHARLES A. CARONIA, GARY UPHOUSE, CHARLES CARONIA, JR., AND ANDREJS KRUTAINIS,

               Respondents-Cross-Petitioners.

No. 07 Civ. 7977 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    Pursuant to the status conference held before the Court on June 3, 2008, it is hereby ordered that Hartford Fire Insurance Company's letter brief is due on June 10, 2008. Evergreen Organization's reply letter brief is due on June 17, 2008.

SO ORDERED.

Dated:    June 3, 2008
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE